Christopher B. Reich, Esq., Nev. Bar No. 10198
creich@washoeschools.net
Neil A. Rombardo, Esq., Nev. Bar No. 6800
nrombardo@washoeschools.net
Sara K. Montalvo, Esq., Nev. Bar No. 11899
sara.montalvo@washoeschools.net
Andrea L. Schulewitch, Esq., Nev. Bar No. 15321
andrea.schulewitch@washoeschools.net
WASHOE COUNTY SCHOOL DISTRICT
P.O. Box 30425
Reno, NV 89520-3425
Telephone:  775-348-0300
Fax:  775-333-6010
Attorneys for Defendant Washoe County School District

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| PAULA FLOWE, | CASE NO.: 3:21-cv-00449-MMD-WGC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | **(First Request)** |
| WASHOE COUNTY SCHOOL DISTRICT, | |
| Defendant. | |

COMES NOW, Defendant Washoe County School District (District) and Plaintiff Paula Flowe (Plaintiff), by and though their respective counsel of record, and hereby stipulate and agree, pursuant to Federal Rules of Civil Procedure 6(b) and Civil Local Rule IA 6-1, to extend the deadline for the District's answer or response to Plaintiff's Complaint to Monday, December 6, 2021. This Stipulation is based on the following:

    1.    Plaintiff served her Complaint and Jury Demand (Complaint) on October 20, 2021 (ECF No. 1).

///

1

2. The District and Plaintiff agree and stipulate to extend the deadline for the District's answer or response to Plaintiffs' Complaint due to the workload of the District's counsel.

3. This Stipulation is made in good faith and is not for the purposes of delay.

4. This is the Parties' first request for extension of the time to respond to the Complaint.

DATED this 28th day of October, 2021.

LAW OFFICE OF MARK MAUSERT

By: /s/Mark Mausert, Esq.
Mark Mausert, Esq.
Nev. Bar No. 2398
729 Evans Avenue
Reno, Nevada 89512
mark@markmausertlaw.com
Attorney for Plaintiff Paula Flowe

DATED this 28th day of October, 2021.

OFFICE OF THE GENERAL COUNSEL
WASHOE COUNTY SCHOOL DISTRICT

By: /s/Christopher B. Reich, Esq.
Christopher B. Reich, Esq.
Nev. Bar No. 10198
creich@washoeschools.net
Neil A. Rombardo, Esq.
Nev. Bar No. 6800
nrombardo@washoeschools.net
Sara K. Montalvo, Esq.
Nev. Bar No. 11899
sara.montalvo@washoeschools.net
Andrea L. Schulewitch, Esq.
Nev. Bar No. 15321
andrea.schulewitch@washoeschools.net
P.O. Box 30425
Reno, Nevada 89520-3425
Attorneys for Defendant

IT IS SO ORDERED:

DATED: October 28, 2021.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE