Mark Mausert
Nevada State Bar No. 2398
Sean McDowell
Nevada State Bar No. 15962
729 Evans Avenue
Reno, Nevada 89512
(775) 786-5477 Telephone
(775) 786-9658 Facsimile
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAULA FLOWE, | Case No.: 3:21-cv-00449-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION** |
| WASHOE COUNTY SCHOOL DISTRICT, | |
| Defendant. | |

COMES NOW, Plaintiff, PAULA FLOWE, and Defendant, WASHOE COUNTY SCHOOL DISTRICT, by and through their undersigned counsel of record and hereby stipulate and agree as follows:

1. Counsel for Plaintiff will be having surgery on March 14, 2022.
2. The parties therefore agree to continue the Early Neutral Evaluation (ENE) currently scheduled for Tuesday, March 15, 2022 at 1:30 p.m. before Magistrate Judge Carla Baldwin to Thursday, April 21, 2022 at 1:30 p.m. before Magistrate Judge Carla Baldwin.

//

//

1      3. Early Neutral Evaluation statements are due to Magistrate Judge Carla Baldwin no later than 4:00 p.m. on Thursday, April 14, 2022.

DATED this 8th day of March, 2022.

MARK MAUSERT LAW OFFICE

By: ___/s/ Mark Mausert___
MARK MAUSERT
SEAN McDOWELL
729 Evans Avenue
Reno, Nevada 89512
*Attorneys for Plaintiff*

DATED this 8th day of March, 2022.

WASHOE COUNTY SCHOOL DISTRICT

By: ___/s/ Christopher Reich___
CHRISTOPHER B. REICH
NEIL A. ROMBARDO
SARA K. MONTALVO
ANDREA L. SCHULEWITCH
P.O. Box 30425
Reno, Nevada 89520-3425
*Attorneys for Defendant*

DATED this __8th__ day of March, 2022.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE