Christopher B. Reich, Esq., Nev. Bar No. 10198
creich@washoeschools.net
Sara K. Montalvo, Esq., Nev. Bar No. 11899
sara.montalvo@washoeschools.net
WASHOE COUNTY SCHOOL DISTRICT
P.O. Box 30425
Reno, NV 89520-3425
Telephone: 775-348-0300
Fax: 775-333-6010
Attorneys for Defendant Washoe County School District

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PAULA FLOWE,<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT,<br><br>Defendant. | CASE NO.: 3:21-cv-00449-MMD-CSD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through their respective counsel of record, having settled all claims in this matter, hereby stipulate to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) and of the Local Rules of Practice for the United States District Court for the District of Nevada Rule LR 7-1, with each party bearing their own fees and costs.

///

///

///

1

1     The parties further stipulate that the jury fees deposited by Plaintiff, if any, may be
2 returned to Plaintiff's counsel.

3     DATED this 9th day of January, 2023.     DATED this 9th day of January, 2023.

4     MARK MAUSERT LAW OFFICE     OFFICE OF THE GENERAL COUNSEL
    WASHOE COUNTY SCHOOL DISTRICT

By: /s/Mark Mausert, Esq.      By: /s/Sara K. Montalvo, Esq.
    Mark Mausert, Esq.      Sara K. Montalvo, Esq.
    Mark@markmausertlaw.com      sara.montavlo@washoeschools.net
    Sean McDowell, Esq.      Christopher B. Reich, Esq.
    sean@markmausertlaw.com      creich@washoeschools.net
    729 Evans Avenue      P.O. Box 30425
    Reno, Nevada 89512      Reno, Nevada 89520-3425
    Attorneys for Plaintiff      Attorneys for Defendant

IT IS SO ORDERED:

_____
DISTRICT COURT JUDGE

DATED: January 9, 2023